No. 695. NATIONAL UNION OF MARINE COOKS AND STEWARDS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. The

application for a stay is denied. *Norman Leonard* for petitioners. *Solicitor General Sobeloff* for the National Labor Relations Board, respondent.